## Manning *v.* Pittsburgh Railways Company, Appellant.

Argued September 29, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

*D. H. McConnell,* with him *J. R. McNary,* for appellant.

*H. E. McCamey,* with him *Dickie, Robinson & McCamey,* for appellee.

PER CURIAM, October 31, 1944:

The judgment is affirmed on the opinion of Judge MARSHALL of the Court below.